# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 8, 2018

## NO. 03-18-00257-CV

### In the Matter of the Estate of Vaughn Kuyamjian, a/k/a Vahan Kuyamjian

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on August 22, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment that decedent's home at 301 Heritage Drive, Austin, TX, 78737 is not part of decedent's probate estate and should not pass according to his probated will but, rather, was an asset of decedent's revocable trust upon his death and should pass according to the provisions of the trust. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.